## FIRST CONSTITUTION BANK *v.* MARK DAVID ASSOCIATES ET AL. (13434)

DUPONT, C. J., and O'CONNELL and SPEAR, Js.

Submitted on briefs September 21—decision released October 11, 1994

*Richard J. Kilcullen* filed a brief for the appellant (defendant Anita Howland-Moritz).

*Francis G. Pennarola* filed a brief for the appellee (substitute plaintiff).

PER CURIAM. The judgment is affirmed.